NSK LTD. AND NSK CORPORATION; NTN CORPORATION, NTN BEARING CORPORATION OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORPORATION, NTN DRIVESHAFT, INC. AND NTN-BOWER CORPORATION; AND TIMKEN U.S. CORPORATION, PLAINTIFFS AND DEFENDANT-INTERVENORS, v. UNITED STATES, DEFENDANT, KOYO SEIKO CO., LTD. AND KOYO CORPORATION OF U.S.A.; AND NACHI-FUJIKOSHI CORP., NACHI AMERICA, INC. AND NACHI TECHNOLOGY, INC., DEFENDANT-INTERVENORS.

Consol. Court No. 98–07–02527

## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("*Remand Results*"), *NSK LTD. v. United States,* 27 CIT ____ , 277 F. Supp. 2d 1332 (2003), comments of NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc. and NTN-Bower Corporation and Commerce's response, holds that Commerce duly complied with the Court's remand order, and it is hereby

ORDERED that the *Remand Results* filed by Commerce on September 25, 2003, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.